| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Jr., Charles L | 2. Court or Organization<br><br>Northern District of Alabama | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.  ☐  Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>101 Holmes Avenue<br>Huntsville, Ala. 35801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1981 | Judicial Retirement Fund of Alabama (Retirement fund of former employer, State of Alabama), no control |
| 2. 1981 | Madison County, Alabama Retirement Fund (Retirement fund of former employer, Madison County), no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Madison County Commission - Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Regions Bank | Mortgage on Rental Property No. 3, Baldwin County, Ala. (Part VII, page 9, line 91) | M |
| 2. Regions Bank/MBNA | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds-Series EE | A | Interest | J | T | | | | | |
| 2. Regions Financial Corp. | B | Dividend | K | T | | | | | |
| 3. Citi Bank Money Fund | A | Interest | J | T | | | | | |
| 4. Meadowbrook, Ltd. 4.75% Int. in limited partnership | | None | J | U | | | | | |
| 5. Farm: Madison County, Ala. | D | Rent (Crop) | O | W | | | | | |
| 6. Farm Rental House: Madison County, Ala. | D | Rent (House) | L | W | | | | | |
| 7. Conn. Mutual Life Ins. Growth Acct. | A | Dividend | | | Sold | 1/12 | J | A | |
| 8. Conn. Mutual Life Ins. Intl. Equity Acct. | A | Dividend | | | Sold | 1/12 | J | A | |
| 9. Conn. Mutual Life Ins. Total Return Acct. | A | Dividend | | | Sold | 1/12 | J | A | |
| 10. Crown Life Ins. - Cash Value | A | Dividend | J | T | | | | | |
| 11. Apple Computer, Inc. | | None | J | T | | | | | |
| 12. Time Warner, Inc. (formerly AOL-Time Warner, Inc.) | | None | | | Sold | 11/17 | J | A | |
| 13. Putnam Voyager Fund Class B | A | Dividend | | | Partial Sale | 6/29 | J | A | |
| 14. | | | | | Sold | 11/07 | J | A | |
| 15. Clorox Co. | A | Dividend | K | T | | | | | |
| 16. OPENTV Corp Class A | | None | | | Sold | 6/09 | J | A | |
| 17. Defered Comp Plan - PEBSCO Nationwide Fixed | B | Interest | K | T | Buy Biweek | 2005 | J | | |

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3) — J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: (See Column C2) — Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; V =Other

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Madison Co. AL Retirement Fund | B | Interest | K | T | | | | | |
| 19. Deferred Comp Plan - PEBSCO Fidelity Magellan | B | Dividend | K | T | | | | | |
| 20. Deferred Comp Plan - PEBSCO American Century Ultra | B | Dividend | K | T | | | | | |
| 21. Deferred Comp Plan - PEBSCO Putnam Voyager Fund Class A | B | Dividend | K | T | | | | | |
| 22. Deferred Comp Plan - PEBSCO Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 23. Am Family Broadcasting Corp (Retirement) | | None | J | T | | | | | |
| 24. Fix Corp Intl., Inc. | | None | J | T | | | | | |
| 25. Sanmina-SCI Corp | | None | J | T | Partial Sale | 6/09 | J | A | |
| 26. Deferred Comp Plan - PEBSCO S&P 500 Index | A | Dividend | J | T | | | | | |
| 27. PACT (Ala. Prepaid Affordable College Tuition plan) | A | Interest | J | T | | | | | |
| 28. Scholars Choice (Section 529 Plan) | B | Dividend | J | T | | | | | |
| 29. Weyhauser | A | Dividend | | | Sold | 11/07 | J | B | |
| 30. Easy Street Investors Corp. | | None | K | T | | | | | |
| 31. -- Davis Selected - Large Cap - Money Manager Acct | | | | | | | | | |
| 32. -- Johnson & Johnson | | | | | | | | | |
| 33. -- United Healthcare Corp (formerly Unitedhealth Group Inc) | | | | | | | | | |
| 34. -- Pepsico, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Nextel Telecommunications, Inc. | | | | | Sold | 9/15 | K | D | |
| 36. -- Maxim Intergrated Prod. | | | | | | | | | |
| 37. -- Supertex | | | | | Sold | 10/18 | K | D | |
| 38. -- First Horizon Nat. Corp (formerly FirstTenn.Nat.Corp) | | | | | | | | | |
| 39. -- QWest Communications Intl. | | | | | | | | | |
| 40. -- Cisco Systems, Inc. | | | | | | | | | |
| 41. -- Exxon Mobil Corp | | | | | | | | | |
| 42. -- ICOS Corp | | | | | | | | | |
| 43. -- Pfizer, Inc. | | | | | | | | | |
| 44. -- Alliant TechSystems, Inc. | | | | | | | | | |
| 45. -- CyberSource Corp | | | | | | | | | |
| 46. -- St. Joe Company | | | | | | | | | |
| 47. -- United Technologies Corp. | | | | | | | | | |
| 48. -- Varsity Group, Inc. | | | | | Sold | 11/18 | J | | |
| 49. -- Sanmina SCI Corp | | | | | | | | | |
| 50. -- Lowe's Companies, Inc. | | | | | | | | | |
| 51. -- Goldman Sachs Group, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- Lincoln National Corp. | | | | | | | | | |
| 53. -- Principal Financial Group | | | | | | | | | |
| 54. -- Rorer Large Cap Core Fund | | | | | Sold | 2/17 | M | E | |
| 55. -- Net2Phone, Inc. | | | | | Sold | 11/18 | J | | |
| 56. -- Adtran, Inc. | | | | | | | | | |
| 57. -- Calamos Strategic TR Fund | | | | | | | | | |
| 58. -- Calamos Money Manager Account | | | | | | | | | |
| 59. -- CoStar Group | | | | | | | | | |
| 60. -- UT Star Com, Inc. | | | | | | | | | |
| 61. -- Emageon, Inc. | | | | | Buy | 9/15 | J | | |
| 62. -- Sprint NexTel Corp. | | | | | Buy | 9/15 | K | | |
| 63. -- Schwab Charles Copr New | | | | | Buy | 10/18 | K | | |
| 64. -- Syntroleum Corp. | | | | | Buy | 11/18 | J | | |
| 65. American Century Value Fund | A | Dividend | J | T | | | | | |
| 66. Education IRA No. 1 | | | | | | | | | |
| 67. -- SB Aggressive Growth Funds CL B | A | Dividend | | | Sold | 11/17 | J | A | |
| 68. -- SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - H1 =$1,000,001 - $5,000,000
   - H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000
   - Q =Appraisal
   - R =Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - V =Other

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Coca Cola Bottling Co. | A | Dividend | J | T | | | | | |
| 70. -- Adtran, Inc. | A | Dividend | J | T | Buy | 1/27 | J | | |
| 71. -- OverstockCom, Inc. | | | J | T | Buy | 11/17 | J | | |
| 72. Education IRA No. 2 | | | | | | | | | |
| 73. -- SB Aggressive Growth Funds CL B | A | Dividend | J | T | Partial Sale | 11/17 | J | A | |
| 74. -- SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 75. -- Adtran, Inc. | A | Dividend | J | T | Buy | 1/27 | J | | |
| 76. -- OverstockCom, Inc. | | | J | T | Buy | 11/17 | J | | |
| 77. Education IRA No. 3 | | | | | | | | | |
| 78. -- SB Aggressive Growth Funds CL B | A | Dividend | J | T | Partial Sale | 11/17 | J | A | |
| 79. -- SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 80. -- Adtran, Inc. | A | Dividend | J | T | Buy | 1/27 | J | | |
| 81. -- OverstockCom, Inc. | | | J | T | Buy | 11/17 | J | | |
| 82. Education IRA No. 4 | | | | | | | | | |
| 83. -- SB Aggressive Growth Funds CL B | A | Dividend | J | T | | | | | |
| 84. -- SB Money Funds Cash Port CL A | A | Interest | J | T | | | | | |
| 85. -- Adtran, Inc. | A | Dividend | J | T | Buy | 1/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- OverstockCom, Inc. | | | J | T | Buy | 11/17 | J | | |
| 87. Coca Cola Bottling Co. | A | Dividend | J | T | Partial Sale | 6/9 | J | | |
| 88. eBay, Inc. | | None | J | T | | | | | |
| 89. Proctor & Gamble | A | Dividend | | | Sold | 11/17 | J | A | |
| 90. Johnson & Johnson | A | Dividend | K | T | Partial Sale | 7/27 | J | A | |
| 91. Rental Property No. 3, Baldwin County, Ala. (See Part VIII) | | None | M | R | | | | | |
| 92. Trust No. 1 | A | Dividend | J | T | | | | | |
| 93. -- Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 94. -- Apple Computer, Inc. | | None | | | Sold | 6/29 | J | B | |
| 95. -- Fix Corp. Intl., Inc. | | None | | | Sold | 12/20 | J | | |
| 96. -- ITC DeltaCom, Inc. - New Issue | | None | J | T | Partial Sale | 9/14 | J | | |
| 97. -- Lockheed Martin Corp. | A | Dividend | | | Sold | 7/28 | J | A | |
| 98. Vanguard Age-Based Aggressive Growth (Section 529 Plan) | A | Dividend | J | T | Buy Monthly | 2005 | J | | |
| 99. Adtran, Inc. | A | Dividend | J | T | Buy | 1/27 | J | | |
| 100. Pixar, Inc. | | | J | T | Buy | 6/29 | J | | |
| 101. Google, Inc. | | | L | T | Buy | 11/17 | K | | |
| 102. OverstockCom, Inc. | | | K | T | Buy | 11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 9, line 91: "Rental Property No. 3, Baldwin County, Ala.," acquired Oct. 1, 2003, for $186,000.00.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _May 15, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Walter S | 2. Court or Organization<br><br>Western of Texas | 3. Date of Report<br><br>04/18/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>800 Franklin Avenue<br>Room 301<br>Waco, TX 76701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Walter S | 04/18/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Walter S | 04/18/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Walter S | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[X] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Walter S | 04/18/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Walter S | 04/18/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _4/19/06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544